```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DANIELLE JACKSON, <br><br> Plaintiff, <br><br> -v- <br><br> STERLING INFOSYSTEMS, INC., <br><br> Defendant. | 25-cv-5387 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

For the reasons stated from the bench, see Transcript Dated September 25, 2025, plaintiff's motion to strike and defendant's motion for sanctions are denied. See ECF Nos. 18, 23. Additionally, for the reasons stated from the bench, the motion to dismiss for lack of personal jurisdiction is granted with prejudice. See ECF No. 18. The Clerk is respectfully directed to close the case.

SO ORDERED.

New York, NY
September 25, 2025

_____
JED S. RAKOFF, U.S.D.J.