**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIELLE JACKSON,

                Plaintiff,

-against-                                25 **CIVIL** 5387 (JSR)

                                                      **<u>JUDGMENT</u>**

STERLING INFOSYSTEMS, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated from the bench on September 25, 2025, the motion to dismiss for lack of personal jurisdiction is granted with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 26, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                                **BY:**    *[signature]*
                                                        **Deputy Clerk**